Alexei Sajine
5150 Balboa Arms Dr apt F11
San Diego, CA 92117
858-845-7124, 858-278-2706
sajine@excite.com

*FILED*

*07 DEC -6 AM 10: 20*

*CLERK, U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*

*BY:* _____

*DEPUTY*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexei Sajine<br>        Plaintiff<br><br>   vs.<br><br>Michael Chertoff<br>U. S. Department of Homeland Security<br><br>Emilio T. Gonzalez<br>U. S. Citizenship and Immigration Services<br><br>Gerard Heinauer<br>USCIS Nebraska Service Center<br><br>Michael Mukasey<br>Attorney General<br><br>Robert S. Mueller III<br>Federal Bureau of Investigation<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

'07 CV 2287 IEG (NLS)

Case No _____

ORIGINAL COMPLAINT FOR

MANDAMUS AND INJUNCTIVE RELIEF

### COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF

Petitioner / Plaintiff, Alexei Sajine, Pro Se, presents instant Complaint before this Honorable Court requesting relief against the Defendants for their failure to act on the Petitioner's application for permanent residence in accordance with law.

## I.    INTRODUCTION

1.    This is a petition for a statutory relief pursuant to law including US Constitution, Mandamus Act (28 U.S.C. § 1361), Declaratory Judgment Act (28 U.S.C. § 2201), and the Administrative Procedures Act (5 U.S.C. § 551 et seq.) This action challenges the unreasonable delay in adjudicating of Plaintiff's employment-based Adjustment Of Status (AOS) Application (I-485 form) pending before Nebraska Service Center of the United States Citizenship and Immigration Services (USCIS) since June of 2006.

## II.    JURISDICTION

2.    This Court has subject matter jurisdiction over this petition under 28 U.S.C. § 1331 (Federal question statute) since this is a civil action arising under the Constitution and the laws of the United states, including the Fifth Amendment to the U.S. Constitution, provisions of Title 8 U.S.C. § 1101 et seq. (Immigration and Nationality Act, INA) and applicable regulations, policies and procedures arising thereunder. This Court may grant relief in this action under 28 U.S.C. § 1361 (Mandamus Act); 28 U.S.C. § 1651 (All Writs Act); 28 U.S.C. § 2201 (Declaratory Judgment Act); and under 5 U.S.C. §§ 551, 701 et seq. (Administrative Procedures Act).

3.      There are no administrative remedies available to Petitioner to redress the grievances described herein. This action challenges only the Respondents' timeliness in adjudication of the AOS petition, not the granting or denial of the petition, therefore the jurisdictional limitations of 8 U.S.C. § 1252 do not apply.

## III.  VENUE

4.      Pursuant to 28 U.S.C. § 1391(e) venue is proper in this judicial district, because Defendants operate within this district, the substantial part of events giving rise to this action occurred within the district and plaintiff resides in this district.

## IV.   PARTIES

5.      Petitioner Alexei Sajine is a native and citizen of Russia. Sajine is an Engineer by profession working for Qualcomm in San Diego. Petitioner originally entered the United States legally as a student in August 1997 and maintained a legal status since then. In June of 2006 Qualcomm filed an immigrant visa petition on Sajine's behalf which was approved in December 2006. At the same time, in June of 2006 an application for Adjustment Of Status (AOS) was filed for Sajine to become a permanent resident of the United States with the Nebraska Service Center of USCIS. This application is still pending. Alexei Sajine appears before this honorable court in his own behalf as an individual.

6.      Michael Chertoff is the Secretary of the US Department of Homeland Security and is the direct supervisor of the Director of the U. S. Citizenship and Immigration Services. Therefore he is the ultimate decision-making authority over the plaintiff's pending application with USCIS.

7.       Respondent Emilio T. Gonzalez is the Director of the USCIS. Pursuant *inter alia,* to 8 U.S.C. § 1103, he is charged with, among other matters, administering the USCIS by implementing and enforcing the Immigration and Nationality Act. As such, he has decision-making authority over the matters alleged in this Complaint.

8.       Respondent Gerard Heinauer is the Director of the Nebraska Service Center of USCIS of the DHS. In his capacity as the Director of the Nebraska Service Center, USCIS, Mr. Heinauer is responsible for the administration of immigration benefits and services including the processing of employment-based immigration petitions. As such, he has decision-making authority over the matters alleged in this Complaint.

9.       Respondent Michael Mukasey is the Attorney General of the United States. Pursuant, *inter alia,* to 8 U.S.C. § 1103, he is charged with controlling determination of all issues of law pertaining to immigration and with representing the United States of America in various legal matters.

10.      Respondent Robert S. Mueller, III is the Director of Federal Bureau of Investigation. He is the ultimate decision-making authority over the plaintiff's pending Name Check clearance as alleged in this Complaint.

## V.    STATEMENT OF FACTS

11.      Petitioner, Alexei Sajine, submitted an AOS application to become permanent resident of the United States with Nebraska Service Center of USCIS in June of 2006. USCIS acknowledgement document is attached as **Exhibit 1**.

12.      Petitioner is eligible to receive an immigrant visa and is admissible to the United States for permanent residence.

13.     Petitioner's employment-based AOS application was filed along with immigrant petition for alien worker under INA 8 U.S.C. § 1153(b) which was approved in December 2006. Approval notice is provided in **Exhibit 2**.

14.     An immigrant visa was immediately available to the Petitioner at the time of AOS application was filed.

15.     An immigrant visa is immediately available to the Petitioner at the time of filing this Complaint.

16.     Following the submission of AOS application, Petitioner was requested to provide and actually provided fingerprints for security checks in July of 2006.

17.     USCIS     publishes     processing     dates     every     month     online     at: https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=NSC.     Nebraska     Service Center is currently processing AOS applications (form I-485) filed in April 2007 (**Exhibit 3**) while Petitioner submitted his application in June 2006, *10 months earlier* than current published processing time.

18.     Concerned about his application, Petitioner made several inquiries with USCIS over the last few months only to be told that the case is still pending due to security checks. Petitioner also contacted the office of USCIS Ombudsman. His reply stated that the USCIC could not resolve the case until the background investigation (Name Check) is complete. (**Exhibit 4**).

19.     Petitioner made further efforts to get the status of his application and find out a reason for a delay in adjudication of his application. Specifically, Petitioner contacted the Office of Congresswoman Barbara Boxer and the Office of Congresswoman Dianne

Feinstein for assistance. Their inquiries to the FBI resulted in response that Alexei Sajine's Name Check request had been pending since July 23 2006. (**Exhibits 5 and 6**).

20.     Requests for assistance from the FBI Director Robert S. Mueller, USCIS, and First Lady Laura Bush's offices resulted in similar "Name Check pending" responses. (**Exhibits 7, 8, 9**).

21.     Plaintiff Alexei Sajine has always complied with immigration and civil laws, has never been arrested, charged with or convicted of a crime and has never presented a security risk to the United States. Alexei Sajine has been lawfully present in the United States for over 10 years.

22.     As of December 2007, no resolution on Alexei Sajine's application has been reached so he is filing present Complaint with the U.S. District Court. **This action challenges only the Defendants' timeliness in adjudication of Petitioner's application, not the granting or denial of that application.**

23.     Section 202 (8 U.S.C. § 1571) of the Title II of the American Competitiveness in Twenty-first Century Act of 2000 (AC21) clearly lays down the parameters of reasonableness in immigration adjudication, stating: "…It is the sense of Congress that the processing of an immigration benefit application should be completed not later than **180 days** after the initial filing of the application."

24.     The Congress also classified employment-based adjudications pending 180 days or more as "long delayed" in Section 106 (8 U.S.C. § 1154 (g)) of the AC21. It is clear that when Congress created employment-base adjustment of status procedure, its intention was that it should not take longer than 180 days. Plaintiff has been waiting for *over 500 days.*

25.     Defendants are also required by 5 U.S.C. § 555(b) "within a reasonable time ... to conclude a matter presented... ."

26.     Other District Courts have concluded in similar cases that petitioners have a clear right to have his or her application for lawful permanent residency status adjudicated within a reasonable period of time. (*Yu v. Brown*, 36F. Supp. 2d 922, 925 (D.N.M. 1999); *Agbemaple v. INS*, No. 97 C 8457, 1988 WL 292441 (N.D. Ill. May 18, 1988)). For instance, in *Yu*, where petitioner sought a writ of mandamus to force INS to act on her delayed application for lawful permanent residence the court concluded that Yu's petition properly stated a claim for mandamus. Also in *Elkhatib v. Bulger*, No. 04-22407-CIV-SEITZ/MCALILEY (S.D.F.2004) court found that Respondents have a non-discretionary duty to process Petitioner's application within a reasonable period of time.

## VI.     INJURY TO PETITIONER

27.     The Petitioner's application to become permanent resident of the United States is pending before USCIS for *over 500 days*.

28.     Petitioner is waiting and will continue to wait for a significant amount of time for a decision on his AOS application. His status in the United States has been and will continue to be uncertain. Petitioner could not plan ahead because he has not known and does not know when he becomes a permanent resident.

29.     Petitioner has lost work time while pursuing his adjustment of status application, making inquiries with USCIS, meeting with lawyers, applying for work authorization renewals, and otherwise pursuing his delayed permanent residency.

30.     Petitioner has to obtain yearly work authorization permits and/or maintain temporary worker status while his AOS application is pending. This results in significant expenses to the company including attorneys' fees, filing fees, lost productivity, and inconvenience.

31.     Due to delays in adjudication of Petitioner's permanent residency application, Petitioner's naturalization (to become a U.S. Citizen) has been delayed. Therefore Respondents' unreasonable delay in adjudicating AOS application deprived Petitioner for longer time of citizenship benefits like a right to vote and fully participate in United States democracy; receive a United States passport;  travel freely into and out of the United States; hold a job that is restricted to United States citizens.

32.     Petitioner rights to due process of law and equal protection under the Fifth Amendment to the United States Constitution have been and are being violated and will continue to be violated by Defendants' failures as described herein.

## VII.    GROUNDS FOR RELIEF

33.     Defendants, despite having a duty to act within reasonable time, have failed to process and adjudicate Petitioner's application for permanent residency in a timely manner.

34.     Defendant USCIS' duty to process and adjudicate Petitioner's application "within a reasonable time" (*within 500 days*) is a non-discretionary duty mandated by federal and judicial precedent.

35.     Defendant USCIS' conduct in failing to process Petitioner's application and adjudicate his case in a reasonably timely manner has caused unnecessary and injurious delays to Petitioner, in violation of his rights.

36.     Petitioner has exhausted all administrative remedies available and has determined that no adequate remedy exists.

**Count I.**

**Mandamus Action**

**28 U.S.C. § 1651, 28 USC § 1361, 8 C.F.R. §103.2(b)(19) and 8 C.F.R. §245.2(a)(5)(i)**

37.     Petitioner incorporates all allegations made hereinabove that are pertinent to this Court.

38.     Defendants are charged with the mandatory responsibility of administering and implementing the Immigration and Nationality Act.

39.     Defendants bear responsibility for timely adjudication of AOS application and for orderly attendant procedures.

40.     Defendants have failed to discharge their mandated duties.

41.     As a result, Petitioner has suffered and continues to suffer irreparable harm and damages entitling him to declaratory, injunctive and other relief.

42.     Petitioner has exhausted all possible administrative remedies and there exists no other adequate remedy.

43.     Humanitarian factors favor granting of Mandamus relief.

**Count II.**

**Administrative Procedures Act**

**5 U.S.C. §§ 555, 701 et seq., 8 C.F.R. §103.2(b)(19) and 8 C.F.R. §245.2(a)(5)(i)**

44.     By failing to render timely decision on Petitioner's application, Defendants have violated the Administrative Procedures Act and this constitutes agency action that is

arbitrary and capricious, and not in accordance with law. The Court of Appeals for DC Circuit noted that while "[t]here is no per se rule as to how long is too long to wait for agency action … a reasonable time for agency action is typically counted in weeks or months, not years". *In re American Rivers and Idaho Rivers*, 372 F.3d 413, 415 (D.C. Cir. 2004). The delay in this instant case is not judicially unmanageable as the USCIS failed to achieve a concrete goal – to issue a decision upon an application and violated the APA provision to do so within a reasonable time. 5 U.S.C. § 555(b). This Court has power under 5 U.S.C. § 706(1) to compel agency to perform "action unlawfully withheld or unreasonably delayed". The Defendants required by 8 C.F.R. § 103.2(b)(19) and by 8 C.F.R. § 245.2(a)(5)(i) to provide the Plaintiff a notice about the decision upon Plaintiff's application and they have failed to do so within a reasonable time.

**Count III.**

**Declaratory Judgment Act**

**28 U.S.C. § 2201, 8 C.F.R. §103.2(b)(18), 8 C.F.R. §103.2(b)(19) and 8 C.F.R. §245.2(a)(5)(i)**

45.      Petitioner incorporates all allegations made hereinabove that are pertinent to this Court.

46.      Petitioner contend that Defendants' actions and decisions relating to delays in AOS adjudication and attendant procedures are unconstitutional, violate the INA and the applicable regulations, and are arbitrary and capricious and seek a declaration to that effect under 28 U.S.C. § 2201.

47.      Defendants have failed to discharge their mandated official duties.

48.    As a result, Petitioner has suffered and continues to suffer irreparable harm and damages entitling him to declaratory, injunctive and other relief.

**Count IV.**

**Equal Access to Justice Act**

**5 U.S.C. § 504 and 28 U.S.C. § 2412**

49.    Petitioner incorporates all allegations made hereinabove that are pertinent to this Court.

50.    If prevails, Petitioner will seek court costs under the Equal Access to Justice Act ("EAJA"), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412.

## VIII    PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully prays that the honorable Court grant the following relief:

i.    Assume jurisdiction over this cause;

ii.    Declare that the Defendants' failure to act is illegal, arbitrary, capricious and abuse of discretion;

iii.    Compel Defendants and those acting under them to perform their duty and expedite the Name Check and adjudicate Petitioner's application for permanent residency within 30 days and report the decision to both the Plaintiff and to this Honorable Court;

iv.    Grant costs of court;

v.    Grant such other and further relief this Court deems just and appropriate.

1

2 Dated: 12/6 , 2007

3

4

5 Respectfully submitted:

6

7

8

9 Alexei Sajine

10 Petitioner, <u>Pro Se</u>

11 Address:

12 5150 Balboa Arms Dr apt F11

13 San Diego, CA 92117

14 Phone: 858-845-7124 (work)

15 858-278-2706 (home)

16 E-mail: sajine@excite.com

17

18

19

20

21

22

23

24

25

26

27

28

## IX    EXHIBITS

EXHIBIT 1          USCIS Receipt Notice for I-485 Adjustment Of Status.

EXHIBIT 2          USCIS Approval Notice for I-140 Immigrant Petition.

EXHIBIT 3          USCIS Nebraska Service Center Processing Dates.

EXHIBIT 4          USCIS Ombudsman's response and USCIS follow up letter.

EXHIBIT 5          Response from the office of US Senator Boxer

EXHIBIT 6          Response from the office of US Senator Feinstein

EXHIBIT 7          Response from the FBI regarding name check inquiry initiated by
                   the office of First Lady Laura Bush

EXHIBIT 8          Response from USCIS regarding name check inquiry initiated by
                   the office of President George W. Bush

EXHIBIT 9          Response from the FBI regarding name check inquiry and request
                   to expedite to Robert Mueller.

**EXHIBIT 1**

**USCIS Receipt Notice for I-485 Adjustment Of Status**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| LIN-06-189-51453 | I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT   A99 771 852 |
|---|---|---|
| June 9, 2006 | | SAJINE, ALEXEI |

| NOTICE DATE | PAGE |
|---|---|
| June 14, 2006 | 1 of 1 |

KIMBERLEY B. ROBIDOUX
LARRABEE ZIMMERMAN LLP
PO BOX 919016
SAN DIEGO CA 92191-9016

Notice Type:  Receipt Notice

Amount received: $  395.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at ucris.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Exhibit 1

Form I-797C (Rev. 01/31/05) N

**EXHIBIT 2**

**USCIS Approval Notice for I-140 Immigrant Petition.**

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER** LIN-06-189-51440 | **CASE TYPE** I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
| **RECEIPT DATE** June 14, 2006 | **PRIORITY DATE** January 20, 2005 | **PETITIONER** QUALCOMM INCORPORATED |
| **NOTICE DATE** December 8, 2006 | **PAGE** 1 of 1 | **BENEFICIARY** A099 771 852 SAJINE, ALEXEI |

QUALCOMM INCORPORATED
C/O KENNETH THOMPSON
5775 MOREHOUSE DRIVE
SAN DIEGO CA 92121

**Notice Type:** Approval Notice
**Section:** Mem of Profession w/Adv Deg, or
of Exceptn'l Ability
Sec. 203 (b) (2)

Courtesy Copy. Original sent to: ROBIDOUX, KIMBERLEY BESO

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Exhibit 2

Form I-797C (Rev. 01/31/05) N

**EXHIBIT 3**

**USCIS Nebraska Service Center Processing Dates.**

Case 3:07-cv-02287-DMS-NLS    Document 1    Filed 12/06/2007    Page 19 of 41



U.S. Citizenship
and Immigration
Service

*Securing America's Promise*

Home | Contact Us | Site Map | FAQ

Search (GO)
Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
# Nebraska Service Center Processing Dates
# Posted November 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Nebraska Service Center** Posted November 14, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|------------------------------------|----------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | January 16, 2007 |

Exhibit 3

| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
|---|---|---|---|
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | July 20, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | May 23, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | May 23, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | July 03, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | February 18, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | July 03, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | November 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | February 15, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | November 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | March 21, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | September 26, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | January 01, 2007 |



Exhibit 3

Case 3:07-cv-02287-BTS-NLS    Document 1    Filed 12/06/2007    Page 21 of 41

| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | November 05, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | April 17, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | December 08, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 10, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | April 08, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | September 16, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 27, 2007 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |

Exhibit 3

| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [ (c)(9)] | July 03, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| **I-817** | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 20, 2007 |

Print This Page     Back

---

Home | Contact Us | Privacy Policy | Website Policies | NoFEAR | Freedom Of Information Act | FirstGov

U.S. Department of Homeland Security



Exhibit 3

**EXHIBIT 4**

**USCIS Ombudsman's reply and USCIS follow up letter.**

*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225



# Homeland Security

April 23, 2007

Mr./Ms. Alexei Sajine
5150 Balboa Arms Dr., Apartment F11
San Diego, CA 92117-4973

Dear Mr./Ms. Sajine:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

**Email: cisombudsman@dhs.gov**          **Web: http://www.dhs.gov/cisombudsman**

Exhibit 4



U.S. Department of Homeland Security
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Ms. Alexi Sajine
Apartment F11
5150 Balboa Arms Drive
San Diego, CA 92177

JUL 12 2007

Dear Ms. Sajine:

Thank you for your letter dated April 7, 2007, to the U.S. Citizenship and Immigration Services Ombudsman (CISO). Your letter concerning your I-485, Application to Register Permanent Residence or Adjust Status was assigned case # 661023 and forwarded to the Customer Assistance Office for a response.

Ms. Sajine, we understand your frustration over the extended pendency of your I-485 case. According to our records, your background investigation is still ongoing. Therefore, until your background investigation is complete, we are unable to render a final decision on your case.

In order to duly fulfill its mission of providing immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant with its obligations to the public as a whole. While we strive to process applications and petitions timely and fairly, we must also ensure that our policies and procedures will safeguard the public.

We trust that this information is helpful. If you require additional assistance or information, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

Sincerely,

Constance L Carter, Supervisor
Customer Assistance Office
U.S Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures:    Fact Sheet, Immigration Security Checks – How and Why the Process Works
                      USCIS Update USCIS Clarifies Criteria to Expedite FBI Name Check

Exhibit 4

**EXHIBIT 5**

**Response from the office of US Senator Boxer**

**BARBARA BOXER**
CALIFORNIA

**COMMITTEES:**
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

June 5, 2007

Mr. Alexei Sajine
5150 Balboa Arms Dr, Apartment F11
San Diego, California 92117

Dear Mr. Sajine:

    Thank you for your recent correspondence to Senator Boxer requesting assistance with your immigration problem. It is my understanding that your case is currently pending security clearances.

    I have sent an inquiry to the Federal Bureau of Investigation (FBI) Name Check Program. However, due to the sensitive nature of security clearances, our office is unable to request expeditious processing of your name check. The inquiry will only reveal the status of your case.

    The average time for a response from the FBI is approximately sixty days. If you do not hear from our office after sixty days, please call me at (415) 403-0100.

    Thank you for writing.

Sincerely,

Lucia C. Macias
Constituent Representative

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 'I' STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

Exhibit S

**BARBARA BOXER**
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

September 17, 2007

Mr. Alexei Sajine
5150 Balboa Arms Dr, Apartment F11
San Diego, California 92117

Dear Mr. Sajine:

Enclosed please find the correspondence Senator Boxer received from the Federal Bureau of Investigation in response to her inquiry on your behalf.

I hope this information is of assistance to you.

Sincerely,

*Lucia C. Macias*

Lucia C. Macias
Constituent Representative

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA  94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

## Macias, Lucia (Boxer)

**From:**

**Sent:**   Monday, September 17, 2007

**To:**   Macias, Lucia (Boxer)

**Subject:** ALEXEI SAJINE

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning ALEXEI SAJINE, revealed that a request was received from the United States Citizenship and Immigration Services on 06/23/2006, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.


Sincerely,


Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

Exhibit 5

**EXHIBIT 6**

**Response from the office of US Senator Feinstein**

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
    ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

June 8, 2007

Alexei Sajine
5105 Balboa Arms Dr
F11
San Diego, California 92117

Dear Alexei:

Thank you for contacting my office regarding your concerns with the status of your name check. I appreciate your bringing this to my attention and giving me an opportunity to see if my office can be of assistance.

I have asked Morgan Galli in my San Francisco office to assist you. Ms. Galli has contacted the Federal Bureau of Investigation on your behalf. You will hear back from my office when a response is received from the agency, which usually takes eight to ten weeks.

Again, thank you for contacting me. My San Francisco staff will do all they can to help you.

Sincerely,

Dianne Feinstein
United States Senator

DF:mg

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Exhibit 6

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
   ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

**WASHINGTON, DC 20510–0504**

http://feinstein.senate.gov

September 14, 2007

Alexei Sajine
5105 Balboa Arms Dr
F11
San Diego, California 92117

Dear Alexei:

The Federal Bureau of Investigation has told me your name check, received on June 23, 2006, is still pending. There is no way to determine when the name check will be completed. If you haven't heard about the status of your case from USCIS within six months, please contact our office and we will make a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

Exhibit 6

**EXHIBIT 7**

**Response from Michael Cannon regarding name check inquiry
initiated by the office of First Lady Laura Bush**



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D. C. 20535-0001

WH 599431                              1 9 JUL 2007

Mr. Alexei Sajine
Apartment F11
5150 Balboa Arms Drive
San Diego, CA  92117- 4973

Dear Mr. Sajine:

Your letter dated May 2, 2007, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on June 23, 2006, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration.  We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests.  The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result.  While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will be of assistance.

Sincerely,

*For*  Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

Exhibit 7

**EXHIBIT 8**

**Response from USCIS regarding name check inquiry**

**U.S. Department of Homeland Security**
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

HQCIS 181/48.2-C

SEP 2 0 2007

Mr. Alexei Sajine
Apartment F11
5150 Balboa Arms Drive
San Diego, CA 92117-4973

Dear Mr. Sajine:

Thank you for your letter dated August 8, 2007, to the U.S. Citizenship and Immigration Services (USCIS). Your letter concerning your Form I-485, Application to Register Permanent Residence or Adjust Status, was assigned case # 720682 and forwarded to the Customer Assistance Office for a response.

We regret the length of time it has taken to process your I-485, Application to Register Permanent Residence or Adjust Status. The processing of your case has been delayed. A check of our records establishes that your case is still pending and is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete.

If you require additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov. Also, additional forms may be printed / accessed from the USCIS web site

We trust that this information is helpful.

Sincerely,

Constance Carter, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures:   Immigration Security Checks -How and Why the Process Works.
              USCIS Update - Criteria to Expedite FBI Name Check.

Exhibit 8

**EXHIBIT 9**

**Response from the FBI regarding name check inquiry
and request to expedite to Robert Mueller.**



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

August 7, 2007

Mr. Alexei Sajine
Apartment F11
5150 Balboa Arms Drive
San Diego, CA   92117

Dear Mr. Sajine:

Reference is made to your letter dated July 2, 2007, with enclosure, regarding the status of your immigration background check.

As information, the U.S. Citizenship and Immigration Services (USCIS) submits both fingerprint check requests and name check requests to the FBI for immigration applicants.  The FBI's Criminal Justice Information Services (CJIS) Division responds to the fingerprint check requests, while the FBI's National Name Check Program (NNCP) responds to the name check requests.  Our CJIS Division records show that on July 5, 2006, we received, completed and transmitted your fingerprint check response to USCIS.  For information about the NNCP's process, please refer to the attached printout from the NNCP's Web site.

Concerning the status of your clearance, the FBI is not the agency to respond to you.  Once both FBI responses are transmitted to USCIS, that agency must also conclude other procedures before finalizing the background check.  Therefore, USCIS is the answering agency.  The USCIS pays fees to the FBI to perform background check services for them.  As the paying customer, the USCIS directs the priority of cases and determines which cases should be expedited.  We regret that we

Exhibit 9

Mr. Alexei Sajine

are unable to inform you of your status.  We believe that your
best recourse is to maintain contact with your local immigration
office for any assistance they may provide.

Sincerely yours,

*Kimberly J. Del Greco* /mw

Kimberly J. Del Greco
Section Chief
Identification and Investigative
   Services Section
Criminal Justice Information
   Services Division

Enclosures (2)

Exhibit 9

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145140    — BH**

**December 06, 2007**
**10:12:07**

**Civ Fil Non-Pris**
USAO #.: 07CV2287 CIVIL FILING
Judge..: IRMA E GONZALEZ
Amount.:              $350.00 CC

**Photocopies**
USAO #.: 4 COPIES
Qty....:    4 @ $0.50
Amount.:              $2.00 CC

**Total—> $352.00**

FROM: CIVIL FILING
      SAJINE V. CHERTOFF ET AL
      4 COPIES
      MC AUTH# R4584B

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Sajine, Alexei

## DEFENDANTS

USDHS, Sec - Chertoff, Michael et al

FILED

07 DEC -6 AM 10: 20

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.

BY: _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

'07 CV 2287 IEG (NLS)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331, 28 USC 1361, 5 USC 551

Brief description of cause:
Mandamus Action to Compel USCIS to Adjudicate Adjustment (green card) application

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 400.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE  12/6/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  145140    AMOUNT  $350    12/6/07-84    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____