# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 13 PM 3:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Alexei Sajine

vs

Michael Chertoff, USDHS
Emilio T. Gonzalez, USCIS
Gerard Heinauer, USCIS NSC
Michael Mukasey, Attorney General
Robert S. Mueller III, FBI

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2287 IEG (NLS)

TO: (Name and Address of Defendant)

Gerard Heinauer
Director of Nebraska Service Center
US Citizenship and Immigration Services
850 S Street
Lincoln, NE 68508-1225

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexei Sajine
5150 Balboa Arms Dr apt F11
San Diego, CA 92117

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

DEC 06 2007
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Case 3:07-cv-02267-IEG-NLS   Document 3   Filed 12/13/2007   Page 2 of 3



**CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

7007 2560 0001 5798 0425 — SAN DIEGO CA 92101 — Postage $1.99, Certified Fee $2.65, Return Receipt Fee $2.15, Restricted Delivery Fee $0.00, Total $6.79, 12/06/2007
Sent To: US Attorney SD of CA, 880 Front Street Room 6293, San Diego CA 92101-8893

7007 2560 0001 5798 0456 — WASHINGTON DC 20528 — $6.79, 12/06/2007
Sent To: Michael Chertoff, US DHS, Washington DC 20528

7007 2560 0001 5798 0449 — WASHINGTON DC 20536 — $6.79, 12/06/2007
Sent To: Emilio T. Gonzalez, 425 Eye St NW, Washington DC 20536

7007 2560 0001 5798 0401 — WASHINGTON DC 20530 — $6.79, 12/06/2007
Sent To: Michael Mukasey, 950 Pennsylvania Ave NW, Washington DC 20530

7007 2560 0001 5798 0418 — WASHINGTON DC 20535 — $6.79, 12/06/2007
Sent To: Robert S Mueller, 935 Pennsylvania Ave NW, Washington DC 20535-0001

7007 2560 0001 5798 0432 — OLYMPIA WA 98505 — $6.79, 12/06/2007
Sent To: Gerard Heinauer, 850 S Street, Lincoln NE 68508-122


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0001 5798 0432**
Detailed Results:
- **Delivered, December 11, 2007, 10:02 am, LINCOLN, NE 68501**
- **Arrival at Unit, December 11, 2007, 9:12 am, LINCOLN, NE 68501**
- **Acceptance, December 06, 2007, 3:57 pm, SAN DIEGO, CA 92121**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*Gerard Heinauer*

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    12/11/2007