# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** 07 DEC 13 PM 3: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Alexei Sajine

vs

Michael Chertoff, USDHS
Emilio T. Gonzalez, USCIS
Gerard Heinauer, USCIS NSC
Michael Mukasey, Attorney General
Robert S. Mueller III, FBI

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2287 IEG (NLS)

TO: (Name and Address of Defendant)

U.S. Attorney Southern District of California
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexei Sajine
5150 Balboa Arms Dr apt F11
San Diego, CA 92117

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

DEC 06 2007
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)





**UNITED STATES POSTAL SERVICE**®

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0001 5798 0425**
Detailed Results:

- **Delivered, December 07, 2007, 1:32 pm, SAN DIEGO, CA 92101**
- **Acceptance, December 06, 2007, 3:55 pm, SAN DIEGO, CA 92121**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Attorney

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    12/10/2007