# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 13 PM 3:11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/ DEPUTY

Alexei Sajine

vs

Michael Chertoff, USDHS
Emilio T. Gonzalez, USCIS
Gerard Heinauer, USCIS NSC
Michael Mukasey, Attorney General
Robert S. Mueller III, FBI

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2287 IEG (NLS)

TO: (Name and Address of Defendant)

Michael Chertoff
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexei Sajine
5150 Balboa Arms Dr apt F11
San Diego, CA 92117

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DEC 06 2007
DATE

By /s/, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



**CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

Receipt 1: 7007 2560 0001 5798 0425
- Postage: $1.99
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.79
- Date: 12/06/2007
- Sent To: US Attorney SD of CA, 880 Front Street Room 6293, San Diego CA 92101-8893

Receipt 2: 7007 2560 0001 5798 0456
- Postage: $1.99
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.79
- Date: 12/06/2007
- Sent To: Michael Chertoff, US DHS, Washington DC 20528

Receipt 3: 7007 2560 0001 5798 0449
- Postage: $1.99
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.79
- Date: 12/06/2007
- Sent To: Emilio T. Gonzalez, 425 Eye St NW, Washington, DC 20536

Receipt 4: 7007 2560 0001 5798 0401
- Postage: $1.99
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.79
- Date: 12/06/2007
- Sent To: Michael Mukasey, 950 Pennsylvania Ave NW, Washington DC 20530

Receipt 5: 7007 2560 0001 5798 0418
- Postage: $1.99
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.79
- Date: 12/06/2007
- Sent To: Robert S Mueller, 935 Pennsylvania Ave NW, Washington DC 20535-0001

Receipt 6: 7007 2560 0001 5798 0432
- Postage: $1.99
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.79
- Date: 12/06/2007
- Sent To: Gerard Heinauer, 850 S Street, Lincoln NE 68508-122



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0001 5798 0456**
Detailed Results:

- **Delivered, December 10, 2007, 7:46 am, WASHINGTON, DC 20528**
- Arrival at Unit, December 10, 2007, 2:48 am, WASHINGTON, DC 20022
- Acceptance, December 06, 2007, 3:59 pm, SAN DIEGO, CA 92121

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )     ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Michael Chertoff