# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 13 PM 3:09
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

Alexei Sajine

vs

Michael Chertoff, USDHS
Emilio T. Gonzalez, USCIS
Gerard Heinauer, USCIS NSC
Michael Mukasey, Attorney General
Robert S. Mueller III, FBI

SUMMONS IN A CIVIL ACTION          DEPUTY
Case No.

'07 CV 2287 IEG (NLS)

TO: (Name and Address of Defendant)

Emilio T. Gonzalez
US Citizenship and Immigration Services
425 Eye St. NW
Washington, DC 20536

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexei Sajine
5150 Balboa Arms Dr apt F11
San Diego, CA 92117

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DEC 06 2007
DATE

By _____, Deputy Clerk





**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0001 5798 0449**
Detailed Results:

- **Delivered, December 10, 2007, 7:27 am, WASHINGTON, DC 20536**
- **Arrival at Unit, December 10, 2007, 1:49 am, WASHINGTON, DC 20022**
- **Acceptance, December 06, 2007, 3:58 pm, SAN DIEGO, CA 92121**

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

Emilio T. Gonzalez

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do          12/10/2007