# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 13 PM 3:08
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Alexei Sajine

vs

Michael Chertoff, USDHS
Emilio T. Gonzalez, USCIS
Gerard Heinauer, USCIS NSC
Michael Mukasey, Attorney General
Robert S. Mueller III, FBI

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2287 IEG (NLS)

TO: (Name and Address of Defendant)

Robert S. Mueller III
Director of FBI
J. Edgar Hoover Building
935 Pennsylvania Ave, NW
Washington, DC 20535-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexei Sajine
5150 Balboa Arms Dr apt F11
San Diego, CA 92117

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

DEC 06 2007
DATE

Summons in a Civil Action                                                                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



Certified Mail Receipts (all dated 12/06/2007, $6.79 total postage & fees):

1. **US Attorney SD of CA**, 880 Front Street Room 6293, San Diego CA 92101-8893
2. **Michael Chertoff**, US DHS, Washington DC 20528
3. **Emilio T. Gonzalez**, 425 Eye St NW, Washington, DC 20536
4. **Michael Mukasey**, 950 Pennsylvania Ave NW, Washington DC 20530
5. **Robert S Mueller**, 935 Pennsylvania Ave NW, Washington DC 20535-0001
6. **Gerard Heinauer**, 850 S Street, Lincoln NE 68508-122[?]



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 2560 0001 5798 0418
Detailed Results:
- Delivered, December 10, 2007, 3:17 am, WASHINGTON, DC 20535
- Notice Left, December 10, 2007, 2:44 am, WASHINGTON, DC 20535
- Arrival at Unit, December 10, 2007, 2:05 am, WASHINGTON, DC 20022
- Acceptance, December 06, 2007, 3:54 pm, SAN DIEGO, CA 92121

**Track & Confirm**
Enter Label/Receipt Number:

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Robert S. Mueller

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    12/10/2007