# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Alexei Sajine

vs

Michael Chertoff, USDHS
Emilio T. Gonzalez, USCIS
Gerard Heinauer, USCIS NSC
Michael Mukasey, Attorney General
Robert S. Mueller III, FBI

FILED
07 DEC 13 PM 3:09
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2287 IEG (NLS)

TO: (Name and Address of Defendant)

Michael Mukasey
Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexei Sajine
5150 Balboa Arms Dr apt F11
San Diego, CA 92117

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC 06 2007

W. Samuel Hamrick, Jr.
CLERK                                                                 DATE

By _____, Deputy Clerk

Summons in a Civil Action                                             Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)




**UNITED STATES POSTAL SERVICE**®

Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 2560 0001 5798 0401**
Detailed Results:
- **Delivered, December 10, 2007, 4:54 am, WASHINGTON, DC 20530**
- **Notice Left, December 10, 2007, 3:20 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 10, 2007, 3:03 am, WASHINGTON, DC 20022**
- **Acceptance, December 06, 2007, 3:53 pm, SAN DIEGO, CA 92121**

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

Michael Mukasey

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    12/10/2007