| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CAROLINE J. CLARK<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 220000<br>Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7491<br>Facsimile: (619) 557-5004 |
| 6 | E-mail: caroline.clark@usdoj.gov |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXEI SAJINE, | ) | Case No. 07cv2287 IEG (NLS) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Department of | ) | CERTIFICATE OF SERVICE |
| Homeland Security; EMILIO T. | ) | |
| GONZALEZ, U.S. Citizenship and | ) | |
| Immigration Services; GERARD | ) | |
| HEINAUER, USCIS Nebraska Service | ) | |
| Center; MICHAEL MUKASEY, Attorney | ) | |
| General; and ROBERT S. MUELLER III, | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused to be mailed **DEFENDANTS' ANSWER TO COMPLAINT**, by the U.S. Postal Service, to the following non-ECF participants in this case:

Alexei Sajine
5150 Balboa Arms Drive, Apt. F11
San Diego, CA 92117

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2008.

Ana Strutton