1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: caroline.clark@usdoj.gov
   Telephone: (619) 557-7491
6  Facsimile: (619) 557-5004

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 ALEXEI SAJINE,                    ) Case No. 07cv2287 IEG (NLS)
                                     )
11            Plaintiffs,            )
         v.                          ) JOINT MOTION TO CONTINUE EARLY
12                                   ) NEUTRAL EVALUATION
   MICHAEL CHERTOFF, Department of)
13 Homeland Security; EMILIO T. GONZALEZ,)
   U.S. Citizenship and Immigration Services;)
14 GERARD HEINAUER, USCIS Nebraska)    DATE: March 10, 2008
   Service Center; MICHAEL MUKASEY,)   TIME: 10:00 a.m.
15 Attorney General; and ROBERT S. MUELLER) CTRM: Telephonic
   III, Federal Bureau of Investigation,) Honorable Nita L. Stormes
16                                   )
              Defendants.            )
17 _____)

18

19        COME NOW THE PARTIES, Plaintiff Alexei Sajine, and Defendants Michael Chertoff, et al.,

20 by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant

21 United States Attorney, and hereby jointly move the Court to continue the date for the early neutral

22 evaluation, currently set for March 10, 2008.

23        Plaintiff requests that the Court compel Defendants to complete the processing of his Application

24 for Adjustment of Status to that of a Lawful Permanent Resident (I-485). Plaintiff's I-485 was recently

25 approved and therefore the parties anticipate that the matter will soon be moot.

26 //

27 //

28 //

Based upon the foregoing, it is respectfully requested that the Court enter an order, under Fed. R. Civ. P. 6(b)(1), continuing the date of the early neutral evaluation for at least 14 days and set the early neutral evaluation on such date thereafter and at such time as the Court orders.

DATED: 3/5/2008

*/s/ Alexei Sajine*
ALEXEI SAJINE
Plaintiff

DATED: 3/5/08

KAREN P. HEWITT
United States Attorney

*/s/ Caroline Clark*
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov