1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  ALEXEI SAJINE,                    )    Case No. 07cv2287 IEG (NLS)
                                      )
11                Plaintiffs,         )
                                      )
12       v.                           )
                                      )
13  MICHAEL CHERTOFF, Department of)       CERTIFICATE OF SERVICE
    Homeland Security; EMILIO    T.)
14  GONZALEZ, U.S. Citizenship and)
    Immigration Services; GERARD)
15  HEINAUER, USCIS Nebraska Service)
    Center; MICHAEL MUKASEY, Attorney)
16  General; and ROBERT S. MUELLER III,)
    Federal Bureau of Investigation,  )
17                                    )
                  Defendants.         )
18  _____ )

19  IT IS HEREBY CERTIFIED THAT:

20       I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
21
         I am not a party to the above-entitled action.  I have caused to be mailed **JOINT MOTION TO**
22  **CONTINUE EARLY NEUTRAL EVALUATION**, by the U.S. Postal Service, to the following non-
    ECF participants in this case:
23
    Alexei Sajine
24  5150 Balboa Arms Drive, Apt. F11
    San Diego, CA 92117
25
    the last known address, at which place there is delivery service of mail from the U.S. Postal Service.
26  I declare under penalty of perjury that the foregoing is true and correct.

27       Executed on March 5, 2008.

28                                         Ana Strutton