**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXEI SAJINE,<br><br>           Plaintiff,<br>v.<br><br>MICHAEL CHERTOFF, et al.<br><br>           Defendants. | Civil No.07cv2287 IEG (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>[Docket No. 11] |

The parties informed the Court that this matter will soon be moot because Plaintiff's I-485 was recently approved. They request a continuance of the Early Neutral Evaluation Conference (ENE) for at least 14 days so that the parties may finally determine whether the case will actually be moot, or if it will require any further action. For good cause shown, the Court **GRANTS** the motion, **VACATES** the March 10, 2008 ENE and **RESETS** it for *March 24, 2008 at 10:00 a.m.*

**IT IS SO ORDERED.**

DATED: March 5, 2008

*[signature]*

Hon. Nita L. Stormes
U.S. Magistrate Judge