KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: caroline.clark@usdoj.gov
Telephone: (619) 557-7491
Facsimile: (619) 557-5004

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEI SAJINE,<br><br>        Plaintiffs,<br>v.<br><br>MICHAEL CHERTOFF, Department of Homeland Security; EMILIO T. GONZALEZ, U.S. Citizenship and Immigration Services; GERARD HEINAUER, USCIS Nebraska Service Center; MICHAEL MUKASEY, Attorney General; and ROBERT S. MUELLER III, Federal Bureau of Investigation,<br><br>        Defendants. | Case No. 07cv2287 IEG (NLS)<br><br>**JOINT MOTION TO DISMISS AS MOOT** |

    COME NOW THE PARTIES, Plaintiff Alexei Sajine, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant United States Attorney, and hereby jointly move the Court to dismiss this case as moot.

    The parties have resolved the matters alleged in Plaintiff's complaint as Plaintiff's application for adjustment of status has been approved and the parties agreed that the above-captioned case would be dismissed in its entirety. It was further agreed that each party will bear its own fees and costs of suit.

//

//

//

Based on the foregoing, both parties respectfully request that the Court enter an order dismissing the action as moot.

DATED: 3/12/2008

_____
ALEXEI SAJINE
Plaintiff

DATED: 3/12/08

KAREN P. HEWITT
United States Attorney

_____
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov