UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEI SAJINE, | Case No. 07cv2287 IEG (NLS) |
| Plaintiffs, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS AS MOOT |
| MICHAEL CHERTOFF, Department of Homeland Security; EMILIO T. GONZALEZ, U.S. Citizenship and Immigration Services; GERARD HEINAUER, USCIS Nebraska Service Center; MICHAEL MUKASEY, Attorney General; and ROBERT S. MUELLER III, Federal Bureau of Investigation, | [Doc. No. 13] |
| Defendants. | |

Having considered the parties' Joint Motion to Dismiss as Moot (Docket No.13), finding that the parties stipulate to dismissal, and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS under Federal Rule of Civil Procedure 41(a)(1) that the complaint is DISMISSED.

**IT IS SO ORDERED.**

**DATED: March 18, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**